UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STA-RITE INDUSTRIES, LLC,

    Plaintiff,

vs.                                    Case No. 07-C-0636-C

ZODIAC POOL CARE, INC.,

    Defendant.

### ORDER FOR DISMISSAL

IT IS HEREBY ORDERED that all claims, counterclaims, and any claims arising out of this litigation, including any assertions of exceptional case, are hereby dismissed with prejudice. The parties are to bear their own costs and fees. The clerk of the court is directed to enter judgment accordingly and close this case.

Dated this 5th day of March, 2008.

BY THE COURT

*Barbara B. Crabb*
Honorable Barbara Crabb
United States District Court Judge

Copy of this document has been provided to: [illegible]
this ___ day of ___, 20__
by ___
M. Hardin, Secretary to
Judge John C. Shabaz